

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-20227-CIV-MORENO

DAVID A. TEJERA,

    Petitioner,

vs.

BILL McCOLLUM, Attorney General of the State
of Florida,

    Respondent.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DENYING PETITION FOR WRIT OF HABEAS CORPUS**

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **January 29, 2008.** The Magistrate Judge filed a Report and Recommendation **(D.E. No. 32)** on **September 12, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues the Magistrate Judge's Report and Recommendation present. The Court notes that despite receiving two extensions, the Petitioner has not filed any objections to the Magistrate Judge's Report and Recommendation. The Court, being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 32)** on **September 12, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)   that the Petition for Writ of Habeas Corpus is DENIED for the reasons stated in the Report and Recommendation; and

(2)   all pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record